**604**                      MEMORANDA.

BUFFALO CLEAN STREET COMPANY, Appellant, *v.* CITY OF
BUFFALO, Respondent.

*Buffalo Clean Street Co.* v. *City of Buffalo,* 113 App. Div. 887, affirmed.
(Argued April 15, 1907; decided April 30, 1907.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
May 12, 1906, affirming a judgment in favor of defendant
entered upon a dismissal of the complaint by the court at
Special Term in an action for the reformation of a contract.

*Simon Fleischmann* and *Damase J. Cadotte* for appellant.

*Samuel F. Moran* and *Louis E. Desbacker* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT,
HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.

---

JAMES E. ROCK et al., Respondents, *v.* THE ACKER PROCESS
COMPANY, Appellant.

MARY CLIFFORD, Respondent, *v.* THE ACKER PROCESS
COMPANY, Appellant.

ANNIE F. JOYCE et al., Respondents, *v.* THE ACKER PROCESS
COMPANY, Appellant.

JOHN KOELLE, Respondent, *v.* THE ACKER PROCESS COMPANY,
Appellant.

KATIE LOCHER, Respondent, *v.* THE ACKER PROCESS COMPANY,
Appellant.

ANDREW WATTENGEL, Respondent, *v.* THE ACKER PROCESS
COMPANY, Appellant.

*Rock* v. *Acker Process Co.,* 112 App. Div. 695, affirmed.
(Argued April 16, 1907; decided April 30, 1907.)

APPEAL in each of the above-entitled actions from a judg-
ment of the Appellate Division of the Supreme Court in the

fourth judicial department, entered May 8, 1906, affirming a judgment in favor of plaintiffs entered upon the report of a referee in an action to restrain an alleged nuisance and to recover damages occasioned thereby.

*Mortimer Stiefel* for appellant.

*P. F. King* for respondents.

Judgments affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.

---

AUGUSTUS S. FITCH et al., Respondents, *v.* TINA B. FRASER, Appellant.

*Fitch* v. *Fraser*, 109 App. Div. 440, affirmed.
(Argued April 16, 1907; decided April 30, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered December 4, 1905, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and granting a new trial in an action to compel contribution in payment of a promissory note of which all the parties to the action were signers.

*Edwin D. Wagner* and *Robert A. Fraser* for appellant.

*Alexander Neish* for respondents.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.